```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
              :
3-BEES & ME, INC.,              :
                                :
              Plaintiff,        :
                                :
    -v-                         :      20-cv-05150 (LJL)
                                :
BESPORTBLE ET AL.,              :      UNSEALING ORDER
                                :
              Defendants.       X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

     It is HEREBY ORDERED that this case be unsealed in its entirety and all docket entries made viewable to the public.  The Clerk of Court is directed to unseal this case and make all of its contents viewable to all.

     SO ORDERED.

Dated: July 28, 2020
      New York, New York
                                                    LEWIS J. LIMAN
                                          United States District Judge