UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3 BEES & ME INC.,

          Plaintiff,

-against-

BESPORTBLE, BRITENWAY, BYONEBYE, CLISPEED, CYFIE, DEERBB, FUNPA, GLOSSRISE, HELY CANCY, HOUSE UR HOME, LES YEU, LIBOBO TOYS, LIOOBO, LITTOLO, MARPPY, MARXIAO SHOP, NEPDOME, PANZISUN, RAINTOAD, ROOCHL, SEISSO, SQSYQZ, STONISHI, TOYANDONA, WAKAUTO, WE&ZHE, XISHEEP, AND 58BH,

          Defendants.

Civil Action No. 20-CV-5150 (LJL)

**[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION**

**WHEREAS**, on July 6, 2020, Plaintiff 3 BEES & ME INC. ("3-Bees"), initiated the instant action against Defendant Marppy a/k/a C&C Sinser Consult SRL ("Marppy") for patent infringement under federal patent laws, 35 U.S.C. § 1, *et seq.* ("Lawsuit");

**WHEREAS**, upon Plaintiff's application, this Court entered a Temporary Restraining Order ("TRO") on July 10, 2020;

**WHEREAS**, upon Plaintiff's application, Plaintiffs have had restraints imposed against Marppy (and other parties who were in active concert or participation with Marppy who received notice of the proposed order, including Amazon.com) from promoting, marketing, advertising, distributing, offering to sell, and selling in the United States the Infringing Products.

**WHEREAS**, 3-Bees and Marppy have agreed in a separate Settlement Agreement of the matters at issue between them and to entry of this Consent Judgment and Permanent Injunction; its is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1

1. This Court has personal jurisdiction over Marppy concerning this Lawsuit under Civil Practice Law and Rules Section 302 (a)(1) because Marppy operates Internet Storefronts, including on Amazon.com, through which customers in New York State can, and have purchased the accused products.

2. Plaintiff is the owner by assignment of U.S. Patent No. 884,087 S, entitled "Bathtub Toy Fastener" ("the '087 Patent"), which was issued by the United States Patent and Trademark Office on May 12, 2020.

3. The '087 Patent is valid and enforceable.

4. Marppy has been manufacturing, importing, marketing, distributing, selling and offering for sale in the United States certain bathtub basketball toys which infringe the '087 Patent, the products which is depicted in Exhibit 1.

5. The TRO entered in this case, and the commands and orders set forth therein, are hereby dissolved and replaced by the commands and orders set forth in this Consent Judgment.

6. Marppy, its officers, directors, agents, servants, employees, attorneys, confederates, and all persons and/or entities acting for, with, by, through, and/or in concert and participation with them, or any of them, are hereby permanently enjoined from engaging in any of the following activities, including manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, and selling any of infringing products, including those toys identified in Exhibit 1 and any other toys that are colorable variations thereof, including but not limited to sales on on Amazon.com.

7. Marppy must disclose this Consent Judgment and Permanent Injunction to all of its successors and assigns.

8. In the event of any breach of the terms set forth in the Parties' Settlement

Agreement, the party seeking enforcement of the Agreement shall serve a seven (7) day notice of default on the breaching party prior to seeking enforcement in a newly-commenced action in the United States District Court for the Southern District of New York, during which time the breaching party may attempt to cure the breach.

9. The parties, by themselves or through their undersigned counsel, hereby consent to the entry of this Final Judgment on Consent.

**IT IS SO STIPULATED AND CONSENTED.**

Dated: 08/19/2020

3 BEES & ME, INC.

By: _____
Oleg A. Mestechkin
Attorney for Plaintiff
**MESTECHKIN LAW GROUP P.C.**

Dated: 08/19/2020

Marppy a/k/a C&C Sinser Consult SRL

By: _____ Cristian Șerbănescu

Attn: Cristian Dorel Serbanescu
Strada Lazar Gheorghe, Nr.35, Bloc T5, Ap.32,
Municipiul Timisoara, Timis, 300341, Romania

3

SIGNED this __10__ day of ___December___, 2020.

                                                            LEWIS J. LIMAN  
                                                            UNITED STATES DISTRICT JUDGE

4

# EXHIBIT 1 – INFRINGING PRODUCTS
## AMAZON ASIN NO. ASIN B07RR2LSKQ

| Marppy Toys | Marppy Toys |
|---|---|
| (product image) | (product image) |
| (product image) | (product image) |
| (product image) | (product image) |
| (product image) | |